JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES C. CLIFTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST; QUALITY LOAN SERVICE CORP,<br><br>    Defendants. | Case No. EDCV 09-01323-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against DEUTSCHE BANK NATIONAL TRUST is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 12, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge